UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO FRANCO PALOMAR, III, | ) Case No. 2:21-cv-04688-WLH-JC |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| DAVID HOLBROOK, | ) RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| Respondent. | ) JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the March 11, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), affirms the Magistrate Judge's denial of petitioner's Motion to Stay/Amend (Docket No. 8), denies the Petition for Writ of Habeas Corpus (Docket No. 1) on its merits, dismisses this action with prejudice, directs that Judgment be entered accordingly, and directs the Clerk to serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

**IT IS SO ORDERED.**

DATED: August 28, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE