UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO FRANCO PALOMAR, III, | Case No. 2:21-cv-04688-WLH-JC |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID HOLBROOK, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

**IT IS SO ADJUDGED.**

DATED: August 28, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE